# In The United States Court of Federal Claims

No. 13-263T

(Filed:  June 11, 2013)

_____

JONATHAN E. MEEK and
NATASHA G. MEEK,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     On June 10, 2013, the parties filed a joint motion to stay proceedings in this matter for a period of 60 days.  The motion is **GRANTED**, **in part**, and **DENIED**, **in part**.  This case is hereby **STAYED**.  The parties shall file a joint status report regarding the status of their settlement discussions on or before August 5, 2013, and every 56 days thereafter.

    **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge